JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC G., | Case No. CV 18-6692-GW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge and sentence four of 42 U.S.C. § 405(g),

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: March 13, 2020

HONORABLE GEORGE H. WU
United States District Judge